_AO91 (Rev. 8/01) Criminal Complaint

# United States District Court

SOUTHERN          DISTRICT OF          TEXAS

U.S. MAGISTRATE COURT
DS - SDTX
FILED
JUN 10 2009           IS
Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.
Luis Alfonso Castro Contreras
Nuevo Laredo, Tamaulipas
Mexico

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:   L-09-MJ  1479

*[handwritten: FPD / TS Kds / 6/19/09 @ 10 Am PLE (sit)]*

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 8, 2009** in **Webb** County, in the **Southern** District of Texas, **Luis Alfonso Castro Contreras** defendant(s),
(Date)

a   Mexican   alien, who has previously been   Removed   or has departed the United States while an order of   Removal   is outstanding was thereafter found in the United States near   Laredo, Texas   the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter) for reapplication by the said Defendant for admission into the United States.

in violation of Title   **8 and 6**   United States Code, Section(s)   **1326 Felony and 202, 557**

I further state that I am a(n)   **Senior Border Patrol Agent**   and that this complaint is based on the following facts:
Official Title

Furthermore,   **Luis Alfonso Castro Contreras**   was apprehended near   **Laredo, Texas**   After a brief interview it was determined that,   **Luis Alfonso Castro Contreras**   was an illegal alien from   **Mexico**   and consequently placed under arrest. Further investigation revealed that   **Luis Alfonso Castro Contreras**   is a citizen of   Mexico   and was previously   Removed   from the United States on   **February 13, 2002**   at   El Paso, Texas   There is no record that   **Luis Alfonso Castro Contreras**   has applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after deportation.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

**Modesto Green**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**June 10, 2009**                     at   Laredo, Texas
Date                                        City and State

**Diana Saldana**
U.S. Magistrate Judge
Name and Title of Judicial Officer                   Signature of Judicial Officer