United States District Court
Southern District of Texas
FILED

AUG 10 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO.  L-09-CR-1501 |
| LUIS ALFONSO CASTRO-CONTRERAS | § | |

## PRE-SENTENCE INVESTIGATION INFORMATION SHEET

On this __10TH__ day of __AUGUST, 2009__, the following schedule is established:

1. No later than __SEPTEMBER 15, 2009__, the United States Probation Office will complete a Pre-sentence Report. It is the responsibility of counsel to obtain the PSI Report. The United Probation Office is not required to further advise counsel of the completion of the PSI Report.

2. Within 14 days after receiving the report, each counsel shall furnish a written statement to the United States Probation Office stating either that there are objections and describing them or that there are no objections. The Defendant shall also sign the defendant's statement.

3. No later than 14 calendar days after receiving the objections to the original report, the probation office shall complete and submit to the sentencing Judge the final report, together with an addendum describing any objections that have not been resolved and the officer's comments thereon.

4. Promptly after receiving the final version of the Pre-sentence Report, the Court shall fix a sentencing date. The defendant and counsel are expected to be available on 48 hours notice, absent good cause.

BY ORDER OF THE COURT.

Diana Saldana
United States Magistrate Judge

cc: U.S. Attorney's Office
   Defense Attorney
   U.S. Probation Office